```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NEREUS SHIPPING, S.A., as owner   :    CIVIL ACTION
and operator of the M/T NORTH     :
STAR                              :
                                  :
          v.                      :
                                  :
THE UNITED STATES OF AMERICA,     :
et al.                            :    NO. 13-1522
```

ORDER

AND NOW, this 20th day of March, 2014, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion for summary judgment of plaintiff Nereus Shipping, S.A. (Doc. #24) is DENIED; and

(2) the motion for summary judgment of defendants the United States of America, the United States Department of Homeland Security, the United States Coast Guard National Pollution Funds Center, the Oil Spill Liability Trust Fund, Eric H. Holder, Jr., Zane David Memeger and the United States Coast Guard (Doc. #25) is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
                    J.