IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NEREUS SHIPPING, S.A., as owner and operator of the M/T NORTH STAR : : : : | CIVIL ACTION |
| v. : : | |
| THE UNITED STATES OF AMERICA, et al. : : | NO. 13-1522 |

JUDGMENT

AND NOW, this 20th day of March, 2014, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that judgment is entered in favor of defendants the United States of America, the United States Department of Homeland Security, the United States Coast Guard National Pollution Funds Center, the Oil Spill Liability Trust Fund, Eric H. Holder, Jr., Zane David Memeger and the United States Coast Guard and against plaintiff Nereus Shipping, S.A.

BY THE COURT:

/s/ Harvey Bartle III
J.